## LEON W. HAYES *v.* THOMAS BOYD
### (10690)

O'CONNELL, LANDAU and HEIMAN, Js.

Submitted on briefs September 14—decision released October 6, 1992

*Barry J. Ward* filed a brief for the appellant (defendant).

*David J. O'Dea* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.